UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| LATIFA NASOUHI KABLAWI,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ALBERTO GONZALEZ, Attorney General of the United States, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>                    Defendant. | C05-1528 RSL<br><br>**MINUTE ORDER** |

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Robert S. Lasnick, United States District Judge.

All future documents filed in this case must bear the cause number C05-1528 RSL and bear the Judge's name in the upper right hand corner of the document.

Dated this 22nd day of September, 2005

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
           Peter H. Voelker, Deputy Clerk